IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-30781
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SCIENEAUX PAUL JARMON,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 98-CR-179-2-A
--------------------
October 18, 2000

Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Scieneaux Paul Jarmon ("Jarmon") appeals his guilty-plea conviction and sentence for conspiracy to possess and distribute marijuana, in violation of 21 U.S.C. § 846. He argues that: (1) the Government breached the plea agreement by supporting the use of information as evidence of relevant conduct during sentencing; and (2) the district court erred in its determination of relevant conduct during sentencing.

We have carefully reviewed the arguments and the appellate record. Jarmon has failed to show plain error with regards to

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

his argument that the Government's conduct breached the plea agreement.  See United States v. Wilder, 15 F.3d 1292, 1301-02 (5th Cir. 1994).  Jarmon waived his right to appeal the district court's determination of relevant conduct.  See United States v. Portillo, 18 F.3d 290, 292-93 (5th Cir. 1994).

AFFIRMED.  ALL OUTSTANDING MOTIONS DENIED.